**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEFFERY SCOTT THOMPSON, ) | |
| Petitioner, ) | |
| ) | Civil Action No. 07-03 Erie |
| v. ) | |
| COMMONWEALTH OF PENNSYLVANIA, ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on January 9, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 16], filed on June 1, 2007, recommended that Petitioner's Petition be dismissed as moot and that a certificate of appealability be denied. Petitioner was allowed ten (10) days from the date of service to file objections and service was made on Petitioner by certified mail. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of June, 2007;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as moot.

The Report and Recommendation [Doc. No. 16] of Magistrate Judge Baxter, filed on June 1, 2007, is adopted as the opinion of the Court.

                                            s/   Sean J. McLaughlin
                                                     United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge